UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN PRATT, derivatively on behalf of American Leisure Group, Limited,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERICAN LEISURE GROUP, LIMITED, DAVID MACE and ROBERT KRAWCZYK,<br><br>　　　　　　Defendants. | Case No.:6:11-cv-1765 (ORL) (22GJK) |

**STIPULATION TO REMAND OF CASE**

Based upon the representation of Plaintiff's counsel that Plaintiff John Pratt is a resident of the State of Florida, it does not appear that there is complete diversity of citizenship in this action, as required for jurisdiction under 28 U.S.C. § 1332. Therefore, Plaintiff and Defendant David Mace hereby stipulate, pursuant to 28 U.S.C. § 1447, as the only two parties who have appeared in this matter, to remand the above-captioned matter to the Circuit Court of the Ninth Judicial Circuit in and for Orange County Florida.

Dated: November 15, 2011

SO STIPULATED AND AGREED TO:

| MORGAN & MORGAN, P.A. | SHUTTS & BOWEN LLP |
|---|---|
| By: /s/*Benjamin A. Webster*<br>　Tucker H. Byrd<br>　Florida Bar No. 381632<br>　James S. Byrd, Jr.<br>　Florida Bar No. 539104<br>　Damien H. Prosser<br>　Florida Bar No. 0017455<br>　Benjamin A. Webster<br>　Florida Bar No. 0045167<br>　20 North Orange Avenue, Suite 1600<br>　Orlando, Florida 32801<br>　Tel: (407) 420-1414<br>　Fax: (407) 418-2048<br>　*Attorneys for Plaintiff John Pratt* | By: /s/*Peter H. Levitt*<br>　Paul J. Scheck<br>　Florida Bar No. 028487<br>　Peter H. Levitt<br>　Florida Bar No.: 650978<br>　201 South Biscayne Boulevard<br>　Miami, Florida  33131<br>　Tel: (407) 423-3200<br>　Fax: (407) 425-8316<br>　*Attorneys for Defendant David Mace*<br><br>OF COUNSEL<br>CHADBOURNE & PARKE LLP<br>　Thomas J. Hall<br>　A Member of the Firm<br>　30 Rockefeller Plaza<br>　New York, NY  10112<br>　Tel: (212) 408-5100<br>　Fax: (212) 541-5369<br>　*Attorneys for Defendant David Mace* |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2