**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN PRATT, derivatively on behalf of**
**American Leisure Group, Limited,**

          **Plaintiff,**

**-vs-**                                                                            **Case No. 6:11-cv-1765-Orl-22GJK**

**AMERICAN LEISURE GROUP, LIMITED,**
**DAVID MACE and ROBERT KRAWCZYK,**

          **Defendants.**

**ORDER**

This cause comes before the Court on the Stipulation to Remand of Case (Doc. No. 4) wherein the parties agree that based on the representation of Plaintiff's counsel that Plaintiff is a resident of Florida that there is not complete diversity between the parties. Accordingly, this Court lacks subject matter jurisdiction over this matter.

Based on the foregoing, it is ordered as follows:

1. This case is hereby REMANDED to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida (Case No. 2011-CA-10071-O, Division 32).

2. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 16, 2011.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

-2-

Copies furnished to:

Counsel of Record
Clerk of Court, Ninth Judicial Circuit in and for Orange County, Florida

Case 6:11-cv-01765-ACC-GJK   Document 5   Filed 11/16/11   Page 2 of 2 PageID 64

-2-